UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| TRICIA SPENCE | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| vs. | ) | FILE NO. 7:12-cv-04546-KMK |
| | ) | |
| | ) | NOTICE OF SETTLEMENT |
| CAVALRY PORTFOLIO SERVICES, | ) | |
| LLC AND CAVALRY SPV I, LLC | ) | |
| | ) | |
|     Defendants. | ) | |
| _____ | ) | |

**NOTICE IS HEREBY GIVEN** that all claims pending have been resolved to the parties' satisfaction.

Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved.

Should Plaintiff not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Plaintiff requests the Court dismiss this case with prejudice at that time.

Respectfully submitted this 13th day of September, 2012.

ATTORNEYS FOR PLAINTIFF
*Tricia Spence*

s/ Jeanne Lahiff
Jeanne Lahiff, Esq
NY Bar No. 2252435
**Weisberg & Meyers, LLC**
Attorneys for Plaintiff

80 Broad Street, 5th Floor
New York, NY 10004
(888) 595-9111 ext. 511
(866) 565-1327 (fax)
JLahiff@attorneysforconsumers.com

*Please send correspondence to the address below:*

*Weisberg & Meyers, LLC*
Attorneys for Plaintiff
5025 N. Central Ave. #602
Phoenix, AZ 85012

Notice Filed electronically on this 13th day of September, 2012, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system this 13th day of September, 2012, to:

Jonathan Elliot
Zeldes, Needle & Cooper
1000 Lafayette Blvd
Bridgepoint CT 06604


s/Dana Patch
Dana Patch